887 A.2d 1217

Janice & Robert SAHUTSKY, Petitioner

v.

MYCHAK, GECKLE & WELKER, P.C., Joseph T. Thiroway and Patrick Geckle, Respondents.

Supreme Court of Pennsylvania.

Nov. 28, 2005.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of November, 2005, the Petition for Allowance of Appeal is **GRANTED.** The order of the Superior Court is **VACATED,** and this case is **REMANDED** to the Superior Court for review; *see Sahutsky v. H.H. Knoebel Sons,* 566 Pa. 593, 782 A.2d 996 (2001), and the clear mandates of Pa.R.C.P. 3051. Jurisdiction relinquished.